# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

October 21, 2021

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 1106
New York, NY 10007

> Application GRANTED. The initial pretrial conference scheduled for October 28, 2021, is adjourned to **December 2, 2021, at 10:50 a.m.** The parties shall submit the pre-conference materials required in the order at Dkt. No. 7 by **November 18, 2021**. If Plaintiff is not in communication with Defendants at that time, then Plaintiff shall file a letter (1) requesting adjournment of the initial pretrial conference for up to thirty days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules.
>
> Dated: October 22, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

    Re:    Norris v. Stick, Stone and Bone Inc., et al.
             Case 1:21-cv-06901-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for October 28, 2021, at 10:50 a.m., in your Honor's Courtroom. However, Defendants, who were properly served [D.E. 8 and D.E. 9], have not yet appeared in this matter. In order, therefore, to afford the parties additional time for the defendants to appear and to conduct preliminary settlement discussions, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                                    Sincerely,

                                    By: /S/ B. Bradley Weitz
                                         B. Bradley Weitz, Esq. (BW9365)
                                         THE WEITZ LAW FIRM, P.A.
                                         Attorney for Plaintiff
                                         Bank of America Building
                                         18305 Biscayne Blvd., Suite 214
                                         Aventura, Florida 33160
                                         Telephone: (305) 949-7777
                                         Facsimile: (305) 704-3877
                                         Email: bbw@weitzfirm.com