UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                              Plaintiff,                    :
                                                            :           21 Civ. 6901 (LGS)
-against-                                                   :
                                                            :           ORDER
STICK, STONE AND BONE INC., et al.,                         :
                              Defendants.                   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the October 22, 2021, Order required the parties to file pre-conference materials by November 18, 2021, or, if Plaintiff is not in communication with Defendants, Plaintiff to file a letter (1) requesting adjournment of the initial pretrial conference for up to thirty days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Courts Individual Rules (Dkt. No. 11);

WHEREAS, no materials or letter were filed. It is hereby

**ORDERED** that the parties shall submit the materials or Plaintiff shall file the letter by **November 22, 2021**. The parties are advised that failure to comply with Court-ordered deadlines may result in sanctions, including dismissal for failure to prosecute.

Dated: November 19, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**