# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

> Application GRANTED IN PART and DENIED IN PART. The conference scheduled for December 2, 2021, is ADJOURNED sine die. By **December 10, 2021**, Plaintiff shall present an Order to Show Cause for default judgment and supporting papers as required by the Individual Rules, if Defendants have not appeared.
>
> The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 13 and 14.
>
> Dated: November 29, 2021
> New York, New York
>
> _/s/ Lorna G. Schofield_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

November 22, 2021

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 1106
New York, NY 10007

    Re:    Norris v. Stick, Stone and Bone Inc., et al.
            Case 1:21-cv-06901-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for October 28, 2021, at 10:50 a.m., in your Honor's Courtroom. However, Defendants, who were properly served [D.E. 8 and D.E. 9], have not yet appeared in this matter. The undersigned counsel has undertaken additional efforts including follow-up correspondence to the subject facility location via courier, to solicit Defendants' response to the Complaint. The undersigned has additionally also personally or directly served the Defendants to ensure receipt of the Summons and Complaint. Furthermore, pursuant to Order [D.E. 11], dated October 22, 2021, in which the Plaintiff is to propose a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants, the Plaintiff states that these additional steps, as stated above, have been taken to ensure that Defendant make an appearance regarding this lawsuit. In order, therefore, to afford the parties additional time for the defendants to appear and to conduct preliminary settlement discussions, a 30-day adjournment of the Conference and a 30-day extension to propose a date to present an Order to Show Cause for default judgment as to Defendants, is hereby respectfully requested.

    Thank you for your consideration of this second adjournment request, and first request to extend time to propose a date to present an Order to Show Cause.

                                     Sincerely,

                                     By: /S/ B. Bradley Weitz
                                         B. Bradley Weitz, Esq. (BW9365)
                                         The Weitz Law Firm, P.A.
                                         Attorney for Plaintiff