UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAMEL NORRIS,
                                Plaintiff,

                                21 Civ. 6901 (LGS)

            -against-

                                ORDER

STICK, STONE AND BONE INC., et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated January 13, 2022, required the parties to file a proposed case management plan and joint letter by January 19, 2022, at noon;

       WHEREAS, the parties failed to timely file the joint letter and proposed case management plan.  It is hereby

       **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **January 20, 2022, at noon**.  Failure to comply with this Order may result in sanctions, such as dismissal for failure to prosecute, given Plaintiff's prior failure to meet two deadlines in this case.

Dated:  January 19, 2022
        New York, New York

                                                   LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE